**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | § | Case No. 15-90490 |
| | § | |
| DAVID A. YEATES | § | |
| JENNIFER L. YEATES | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/12/2015. The undersigned trustee was appointed on 05/12/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $160,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $12,299.36 |
   | Bank service fees | $140.13 |
   | Other Payments to creditors | $119,661.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $27,899.51 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/10/2015 and the deadline for filing government claims was 11/09/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,250.00, for a total compensation of $11,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $95.47, for total expenses of $95.47.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/06/2016       By:   /s/ Roger L. Prillaman
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 15-90490-MPG | Trustee Name: | Roger L. Prillaman |
| Case Name: | YEATES, DAVID A. AND YEATES, JENNIFER L. | Date Filed (f) or Converted (c): | 05/12/2015 (f) |
| For the Period Ending: | 6/6/2016 | §341(a) Meeting Date: | 06/23/2015 |
| | | Claims Bar Date: | 10/10/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 1520 Stefanie Ln., Bourbonnais, IL 60914 - 4 bedrooms, partial finished basement, 2 car attached garage. | $234,000.00 | $0.00 | | $0.00 | FA |
| 2 | 196 Herman Pl., Bradley, IL 60915 - apartment building - 4 units | $109,941.00 | $0.00 | | $0.00 | FA |
| 3 | 350 N. Kennedy Dr., Bradley, IL 60915 - | $303,516.00 | $222,486.00 | | $160,000.00 | FA |
| **Asset Notes:** | property sold 1/22/16 for $160,000 gross - net from closing $28,652.14 | | | | | |
| 4 | Cash - on person of debtor | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Midland State Bank -- checking acct. | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Midland State Bank - savings acct. | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Centrue Bank - savings acct. | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Centrue Bank - checking acct. | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Household goods and furnishings - at residence of debtor | $2,000.00 | $0.00 | | $0.00 | FA |
| 10 | Wearing apparel - at residence of debtor. | $250.00 | $0.00 | | $0.00 | FA |
| 11 | Miscellaneous jewelry - at residence of debtor | $2,000.00 | $0.00 | | $0.00 | FA |
| 12 | Pistol - at residence of debtor | $100.00 | $0.00 | | $0.00 | FA |
| 13 | Assurity Life insurance | $4,050.00 | $0.00 | | $0.00 | FA |
| 14 | Fidelity stock | $1,400.00 | $0.00 | | $0.00 | FA |
| 15 | Colorado Financial | $800.00 | $800.00 | | $0.00 | FA |
| 16 | IRA | $1,400.00 | $0.00 | | $0.00 | FA |
| 17 | 2003 TOYOTA Sequoia | $4,681.00 | $2,281.00 | | $0.00 | FA |
| 18 | 2005 Chevrolet trail blazer | $4,050.00 | $1,650.00 | | $0.00 | FA |
| 19 | Box trailer | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                              **Gross Value of Remaining Assets**

$669,188.00        $227,217.00        $160,000.00        $0.00

**Major Activities affecting case closing:**

**FORM 1**     Page No: 2     Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 15-90490-MPG | **Trustee Name:** | Roger L. Prillaman |
| **Case Name:** | YEATES, DAVID A. AND YEATES, JENNIFER L. | **Date Filed (f) or Converted (c):** | 05/12/2015 (f) |
| | | **§341(a) Meeting Date:** | 06/23/2015 |
| **For the Period Ending:** | 6/6/2016 | **Claims Bar Date:** | 10/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12/31/2015    closing delayed for 350 N. Kennedy Drive, Bradley, IL until mid-January; Buyer has applied to City for special use permit.
11/12/2015    Notice of Intent to Sell 350 N. Kennedy Dr. for $160,000 filed with Court. Tentative closing set for 12-4-15

**Initial Projected Date Of Final Report (TFR):** 01/31/2016     **Current Projected Date Of Final Report (TFR):** 07/01/2016     /s/ ROGER L. PRILLAMAN

                                                                                                                                                             ROGER L. PRILLAMAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-90490-MPG | Trustee Name: | Roger L. Prillaman |
|---|---|---|---|
| Case Name: | YEATES, DAVID A. AND YEATES, JENNIFER L. | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***6110 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | **-***6111 | Account Title: | David and Jennifer Yeates |
| For Period Beginning: | 5/12/2015 | Blanket bond (per case limit): | $114,123,713.00 |
| For Period Ending: | 6/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2016 | | First Community Title | Sale of 350 N. Kennedy Dr., Bradley, IL | | * | $23,652.14 | | $23,652.14 |
| | {3} | | gross sales price $160,000.00 less $5,000 earnest money credit (POC) | $155,000.00 | 1110-000 | | | $23,652.14 |
| | | | McColly Bennett 6% Realtor's fee ($9,600.00) | $(9,600.00) | 3510-000 | | | $23,652.14 |
| | | | closing costs - HUD Statement - Sale of Real Estate (title costs/title insurance, recording fees) | $(1,250.50) | 2500-000 | | | $23,652.14 |
| | | | Payoff of Judgment - Meier Oil Company | $(60,000.00) | 4120-000 | | | $23,652.14 |
| | | | Payoff of Mechanic's Lien - Gabriel Environmental Services | $(39,028.73) | 4120-000 | | | $23,652.14 |
| | | | Pre-Petition real estate taxes (2014) | $(10,738.15) | 4700-000 | | | $23,652.14 |
| | | | Pre-Petition real estate taxes (2105) | $(9,894.12) | 4700-000 | | | $23,652.14 |
| | | | Post-Petition real estate taxes (1/1/16-1/22/16) | $(596.36) | 2820-000 | | | $23,652.14 |
| | | | Real Estate Transfer Taxes (State and Kankakee County) | $(240.00) | 2820-000 | | | $23,652.14 |
| 01/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.92 | $23,647.22 |
| 02/01/2016 | (3) | McColly Real Estate Escrow Account #2 | sale of real estate/earnest money check from escrow - 350 N. Kennedy, Bradley, IL | | 1110-000 | $5,000.00 | | $28,647.22 |
| 02/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $42.98 | $28,604.24 |
| 03/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $46.15 | $28,558.09 |
| 04/27/2016 | 1001 | Roger Stone | income tax preparation - 2015 tax returns (Doc. #54) | | 3410-000 | | $612.50 | $27,945.59 |
| 04/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $46.08 | $27,899.51 |

| | SUBTOTALS | $28,652.14 | $752.63 |
|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| Case No. | 15-90490-MPG | Trustee Name: | Roger L. Prillaman |
|---|---|---|---|
| Case Name: | YEATES, DAVID A. AND YEATES, JENNIFER L. | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***6110 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | **-***6111 | Account Title: | David and Jennifer Yeates |
| For Period Beginning: | 5/12/2015 | Blanket bond (per case limit): | $114,123,713.00 |
| For Period Ending: | 6/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $28,652.14 | $752.63 | $27,899.51 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $28,652.14 | $752.63 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $28,652.14 | $752.63 |  |

**For the period of 5/12/2015 to 6/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $160,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $132,100.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $132,100.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/22/2016 to 6/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $160,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $132,100.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $132,100.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-90490-MPG | | Trustee Name: | Roger L. Prillaman |
|---|---|---|---|---|
| Case Name: | YEATES, DAVID A. AND YEATES, JENNIFER L. | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***6110 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | **-***6111 | | Account Title: | David and Jennifer Yeates |
| For Period Beginning: | 5/12/2015 | | Blanket bond (per case limit): | $114,123,713.00 |
| For Period Ending: | 6/6/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $28,652.14 | $752.63 | $27,899.51 |

**For the period of 5/12/2015 to 6/6/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $160,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $132,100.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $132,100.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/12/2015 to 6/6/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $160,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $132,100.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $132,100.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROGER L. PRILLAMAN

ROGER L. PRILLAMAN

## CLAIM ANALYSIS REPORT

| Case No.: | 15-90490-MPG | | | | | | | Trustee Name: | Roger L. Prillaman |
| Case Name: | YEATES, DAVID A. AND YEATES, JENNIFER L. | | | | | | | Date: | 6/6/2016 |
| Claims Bar Date: | 10/10/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROGER L. PRILLAMAN  220 W. Main St. Urbana IL 61801 | 03/14/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $11,250.00 | $11,250.00 | $0.00 | $0.00 | $0.00 | $11,250.00 |
| | ROGER L. PRILLAMAN  220 W. Main St. Urbana IL 61801 | 03/16/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $95.47 | $95.47 | $0.00 | $0.00 | $0.00 | $95.47 |
| 1 | DISCOVER BANK  Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | 07/13/2015 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $13,230.00 | $14,359.52 | $14,359.52 | $0.00 | $0.00 | $0.00 | $14,359.52 |
| 2 | CAVALRY SPV 1, LLC  c/o Bass &#038; Associates, P.C. 3936 E. Ft. Lowell Rd, Suite #200 Tucson AZ 85712 | 07/20/2015 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $26.88 | $26.88 | $0.00 | $0.00 | $0.00 | $26.88 |
| 3 | MAINSOURCE BANK  c/o Joseph P Chamley Evans Froehlich Beth & Chamley 44 E Main St Ste 310 Champaign IL 61820 | 08/03/2015 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $150,991.12 | $161,402.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (3-1) 196 Herman Place, Bradley, IL(3-2) 196 Herman Place, Bradley, IL 60915 & 1520 Stefanie Lane, Bourbonnais, IL 60914; claim disallowed - amended by Claim #5.

| 4 | GABRIEL ENVIORNMENTAL SERVICEES  1421 N. Elston Ave. Chicago IL 60622 | 09/24/2015 | Real Estate- -Non-consensual Liens (judgments, mechanics liens) | Allowed | 4120-000 | $49,341.23 | $39,028.73 | $39,028.73 | $39,028.73 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** paid out of closing from sale of real estate

| Case No.: | 15-90490-MPG | | | | Trustee Name: | Roger L. Prillaman |
|---|---|---|---|---|---|---|
| Case Name: | YEATES, DAVID A. AND YEATES, JENNIFER L. | | | | Date: | 6/6/2016 |
| Claims Bar Date: | 10/10/2015 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | MAINSOURCE BANK<br>c/o Joseph P Chamley<br>Evans Froehlich Beth & Chamley<br>44 E Main St Ste 310<br>Champaign IL 61820 | 12/09/2015 | Secured | Allowed | 4110-000 | $150,991.12 | $180,323.53 | $66,104.00 | $0.00 | $0.00 | $0.00 | $66,104.00 |
| **Claim Notes:** | (5-1) Real estate--1520 Stefanie Lane - exclude from distribution - secured portion (Amends Claim #3) | | | | | | | | | | | |
| 5a | MAINSOURCE BANK<br>c/o Joseph P Chamley<br>Evans Froehlich Beth & Chamley<br>44 E Main St Ste 310<br>Champaign IL 61820 | 12/09/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $150,991.12 | $180,323.53 | $72,619.53 | $0.00 | $0.00 | $0.00 | $72,619.53 |
| **Claim Notes:** | (5-1) Real estate--1520 Stefanie Lane -unsecured portion (Amends Claim #3) | | | | | | | | | | | |
| | | | | | | **$586,810.08** | **$203,484.13** | **$39,028.73** | **$0.00** | **$0.00** | **$0.00** | **$164,455.40** |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 15-90490-MPG | **Trustee Name:** | Roger L. Prillaman |
| **Case Name:** | YEATES, DAVID A. AND YEATES, JENNIFER L. | **Date:** | 6/6/2016 |
| **Claims Bar Date:** | 10/10/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $341,725.95 | $72,619.53 | $0.00 | $0.00 | $0.00 | $72,619.53 |
| Payments to Unsecured Credit Card Holders | $14,386.40 | $14,386.40 | $0.00 | $0.00 | $0.00 | $14,386.40 |
| Real Estate--Non-consensual Liens (judgments, mechanics liens) | $39,028.73 | $39,028.73 | $39,028.73 | $0.00 | $0.00 | $0.00 |
| Secured | $180,323.53 | $66,104.00 | $0.00 | $0.00 | $0.00 | $66,104.00 |
| Trustee Compensation | $11,250.00 | $11,250.00 | $0.00 | $0.00 | $0.00 | $11,250.00 |
| Trustee Expenses | $95.47 | $95.47 | $0.00 | $0.00 | $0.00 | $95.47 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 15-90490
Case Name: DAVID A. YEATES
JENNIFER L. YEATES
Trustee Name: Roger L. Prillaman

Balance on hand: $27,899.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Gabriel Enviornmental Servicees | $39,028.73 | $39,028.73 | $39,028.73 | $0.00 |
| 5 | MainSource Bank | $180,323.53 | $66,104.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $27,899.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Roger L. Prillaman, Trustee Fees | $11,250.00 | $0.00 | $11,250.00 |
| Roger L. Prillaman, Trustee Expenses | $95.47 | $0.00 | $95.47 |
| Roger Stone, Accountant for Trustee Fees | $612.50 | $612.50 | $0.00 |
| McColly Bennett 6% Realtor's Fee | $9,600.00 | $9,600.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $11,345.47
Remaining balance: $16,554.04

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $16,554.04

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $16,554.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $87,005.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $14,359.52 | $0.00 | $2,732.09 |
| 2 | Cavalry Spv 1, LLC | $26.88 | $0.00 | $5.11 |
| 5a | MainSource Bank | $72,619.53 | $0.00 | $13,816.84 |

|  | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $16,554.04 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**